■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW LARKIN, Appellant. [851 NYS2d 55]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Chin-Brandt, J.), imposed May 3, 2006, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Skelos, Ritter, Miller and Angiolillo, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LYNDON LOBBAN, Also Known as LYNDEN LOBBAN, Appellant. [849 NYS2d 447]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 19, 2001 (*People v Lobban*, 288 AD2d 399 [2001]), affirming a judgment of the Supreme Court, Kings County, rendered December 11, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Crane, Rivera and Ritter, JJ., concur.